SMITH, *et al.* vs. THE STATE.

DECEMBER.

APPEAL from a decree of the Court of Chancery. Bill filed in the name of the state, at the instance and for the use of *Carroll* and *Maccubbin.*

HANSON, Chancellor, decided, that by the act of *October* 1780, *ch.* 45, "to seize, confiscate and appropriate, all *British* property within this state," and the act of the same session *ch.* 49, "to appoint commissioners to preserve confiscated *British* property," the *equitable* interests of *British* subjects in lands were confiscated without *office found*; or entry or other act done, and although such equitable interests were not discovered until long after the treaty of peace between *Great Britain* and the *United States.* [See the de-

By the acts of confiscation, the equitable interests of *British* subjects; in lands in this state, were confiscated without *office found*, or entry, or other act done, and al'ho' such equitable interests were not discovered until long after the treaty of peace.

1809

*Attorney General
vs
Jarrett*

cree of the chancellor, as reported in 6 *Cranch*, 286.] From that decree the defendants appealed to this court.

The cause was argued before CHASE, Ch. J. BUCHANAN, NICHOLSON, and GANTT, J. by

Johnson, (Attorney General,) for the Appellants; and by Ridgely, for the Appellee.

DECREE AFFIRMED.

The appellants brought a writ of error to the Supreme Court of the, *United States*, where the decree of this court, affirming that of the court of chancery, was affirmed. See 6 *Cranch*, 286.